**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EDWARD BEETS, | ) | |
| Petitioner, | ) | 2:04-cv-00085-KJD-CWH |
| vs. | ) | |
| RENEE BAKER, *et al.*, | ) | **ORDER** |
| Respondents. | ) | |

This capital habeas corpus action has been stayed, pending completion of state court proceedings, since January 23, 2009. *See* Order entered January 23, 2009 (ECF No. 88). The petitioner, Edward Beets, has filed periodic status reports during the stay of the case. *See id*.

In a status report filed June 15, 2015, Beets states:

> A status check was held on November 7, 2012, regarding possible negotiations by the parties. At the hearing the court accepted and filed a memorandum of agreement regarding stipulated sentence, which was executed by the parties. An amended judgment of conviction was entered by the court on November 29, 2012.

Status Report (ECF No. 104), p. 1. There is no indication in the status report that Beets has any further state-court proceedings pending. Moreover, because Beets' judgment of conviction has been amended, and because there is no indication that Beets has challenged the amended judgment in any state-court proceeding, it appears to the court that this case may be moot.

The court will, therefore, require Beets to show cause why the stay of this action should not be lifted, and why this case should not be dismissed without prejudice as moot. Beets shall have 30 days from the entry of this order to file and serve a response to this order making such showing. Thereafter, respondents shall have 20 days to respond, and then Beets shall have 15 days to reply.

**IT IS SO ORDERED**.

Dated this __18__ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE