UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD BEETS,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

2:04-cv-00085-KJD-CWH

**ORDER**

On July 17, 2015, the petitioner in this capital habeas corpus action, Edward Beets, filed a "Voluntary Dismissal of Action, or, in the Alternative, Motion for Voluntary Dismissal" ("Voluntary Dismissal") (ECF No. 107).  In his Voluntary Dismissal, Beets requests that this action be dismissed.  Beets states that his request for voluntary dismissal of this action is based on a written agreement settling his post-conviction litigation, and he attaches a copy of that written agreement. *See* Exhibit 1 to Voluntary Dismissal.  Respondents did not respond to Beets' Voluntary Dismissal.

///

///

///

///

///

1  **IT IS THEREFORE ORDERED** that petitioner's "Voluntary Dismissal of Action, or, in the Alternative, Motion for Voluntary Dismissal" (ECF No. 107) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this __17__ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE